**E-Filed 1/14/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO, | Case Number C 08-5103 JF (PVT) |
| Plaintiff, | ORDER[1] RE CASE STATUS |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On November 7, 2008, Plaintiff Dong Thanh Vo filed a "motion for an order and other relief" in which he requests that the Court order the appropriate state agency to release Plaintiff's property and award damages of $1,000,000 per day for each day that his personal property is withheld and award damages of $100,000 for each day that his vehicle is withheld. Plaintiff names as "Respondent" multiple parties, including the State of California, the Office of the Attorney General, the Santa Clara County Superior Court, the Department of Motor Vehicles, the People of Santa Clara County, the 7-11 Store at Tully/Senter, and AA Towing at El Sunset.

The instant action appears to be related to another matter Plaintiff has filed in this Court, *Vo v. Superior Court of Santa Clara County*, CV 08-4900 JF (Oct. 27, 2008). Both the instant

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-5103 JF (PVT)
ORDER RE CASE STATUS
(JFLC1)

1 action and the previously filed case appear to be related to his arrest for possession of an illegal
2 weapon. It appears that Santa Clara County impounded Plaintiff's vehicle and certain personal
3 possessions after his arrest. It also appears that certain fees have been assessed against Plaintiff.
4 Plaintiff's alleged basis for federal jurisdiction is 28 U.S.C. § 1391(b)(2) and 42 U.S.C. § 405(g).

    On December 12, 2008, the Court denied Plaintiff's application to proceed *in forma pauperis* with leave to amend, on the ground that Plaintiff had not provided a basis for federal jurisdiction over his claim for relief. Plaintiff has not filed any subsequent pleadings or applications. Accordingly, Plaintiff has thirty (30) days from the date of this order to file an amended complaint that provides a basis for federal jurisdiction, along with the $350.00 filing fee or with a renewed application to proceed *in forma pauperis*. If Plaintiff fails to take any action within thirty days, the Court will dismiss the instant action.

IT IS SO ORDERED.

DATED: January 14, 2009

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 08-5103 JF (PVT)
ORDER RE CASE STATUS
(JFLC1)

1  This Order has been served upon the following persons:

2  Dong Thanh Vo
   Post Office Box 24
3  San Jose, CA 95103

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-5103 JF (PVT)
ORDER RE CASE STATUS
(JFLC1)