**E-Filed 3/30/2009**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DONG THANH VO,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

Case Number C 08-5103 JF (PVT)

ORDER[1] DENYING MOTION TO ALTER OR AMEND JUDGMENT

[Docket No. 19]

On November 7, 2008, Plaintiff Dong Thanh Vo filed a "motion for an order and other relief" in which he requested that the Court order the appropriate state agency to release his property and award damages of $1,000,000 per day for each day that his personal property is withheld and$100,000 for each day that his vehicle is withheld. Plaintiff named as "Respondent" multiple parties, including the State of California, the Office of the Attorney General, the Santa Clara Superior Court, the Department of Motor Vehicles, the People of Santa Clara County, the 7-11 Store at Tully/Senter, and AA Towing at El Sunset. Plaintiff has initiated several different cases in this Court, all of which appear to relate to one or more incidents in which his vehicle was impounded by Santa Clara County law enforcement. *See*, *e.g.*, *Vo v. Superior Ct. of Santa*

[1] This disposition is not designated for publication in the official reports.

*Clara County*, CV 08-4900 (JF) (Oct. 27, 2008); *Vo v. San Jose Police Dep't*, No. C 05-02200, 2007 WL 127984 (N.D. Cal. Jan. 12, 2007).

On the same day that he filed his request for relief, Plaintiff filed an application to proceed *in forma pauperis*. On December 12, 2008, the Court denied the application on the ground that Plaintiff had not provided a basis for federal jurisdiction over his claim for relief. Plaintiff did not renew his application or pay the filing fee. On January 14, 2009, the Court issued an order instructing Plaintiff to file an amended complaint within thirty days, along with the filing fee or with a renewed application to proceed *in forma pauperis*. On February 13, 2009, Plaintiff filed a renewed application to proceed *in forma pauperis* but did not file an amended pleading. On February 25, 2009, Plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to Fed. R. Civ. P. 15(a). On March 2, 2009, the Court denied Plaintiff's motion for an extension of time to file an amended complaint and dismissed the action without prejudice because Plaintiff had repeatedly failed to identify a federal statute so as to create subject matter jurisdiction.

Plaintiff now seeks relief from the Court's order of dismissal pursuant to Fed. R. Civ. P. 59(e). Reconsideration pursuant to Rule 59(e) is appropriate if: (1) the district court is presented with newly discovered evidence; (2) the district court committed clear error or the initial decision was manifestly unjust; or (3) there is an intervening change in controlling law. *Sch. Dist. No. 1J, Multnomah County v. ACandS*, 5 F.3d 1255, 1263 (9th Cir. 1993). Plaintiff's motion fails to present any justification for reconsideration of the Court's prior order.[2] Accordingly, Plaintiff's motion to alter or amend the judgment will be denied. As this Court has stated previously, federal district court is not the appropriate forum for a tort claim or appeal of an agency action unless such claims are accompanied by a claim that creates a basis for federal jurisdiction. *See Vo*, 2007 WL 127984, at *1 ("Plaintiff [does not] identify a basis for the Court's subject matter

---

[2] Plaintiff's motion states "motion was made on the ground that: a (M) violation uncomplied [sic] ct. orders those defect(ed) [sic] doesn't amount to ground for principal challenge. However at least...differences (affect) rights, citizen right, e.g. nable [sic] access to District Court, before/after Jud."

jurisdiction; the parties are not diverse, and the complaint does not identify a federal statute under which Plaintiff brings suit.”).

IT IS SO ORDERED.

DATED: March 30, 2009

JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

Dong Thanh Vo
Post Office Box 24
San Jose, CA 95103