**E-Filed 7/15/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case Number C 08-5103 JF (PVT)<br><br>ORDER[1] RE DOCUMENTS FILED JUNE 11, 2010<br><br>[document nos. 24, 25] |

   On March 4, 2009, the Court entered judgment in this case. On March 30, 2009 and August 11, 2009, the Court denied Plaintiff's motion to alter or amend judgment and amended motion to set aside judgment, respectively.

   Almost one year later, on June 11, 2010, Plaintiff filed a document entitled "Writ of Mandamus" and an untitled hand-written document that appears to be an addendum to the "Writ of Mandamus." This case has been closed for more than a year. The documents filed on June

---

   [1] This disposition is not designated for publication in the official reports.

Case No. C 08-5103 JF (PVT)
ORDER RE DOCUMENTS FILED JUNE 11, 2010
(JFLC2)

1  11, 2010 are without legal effect.

2      IT IS SO ORDERED.

4  DATED: July 12, 2010

                                                JEREMY FOGEL
                                                United States District Judge

Case No. C 08-5103 JF (PVT)
ORDER RE DOCUMENTS FILED JUNE 11, 2010
(JFLC2)

1  This Order has been served upon the following persons:

2  Dong Thanh Vo
   Post Office Box 24
3  San Jose, CA 95103

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-5103 JF (PVT)
ORDER RE DOCUMENTS FILED JUNE 11, 2010
(JFLC2)