**E-Filed 9/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case Number C 08-5103 JF (PVT)<br><br>ORDER[1] RE DOCUMENTS FILED JULY 23, 2010 AND JULY 29, 2010<br><br>[re: document nos. 27, 28] |

On March 4, 2009, the Court entered judgment in this case. On March 30, 2009 and August 11, 2009, the Court denied Plaintiff's motion to alter or amend judgment and amended motion to set aside judgment, respectively.

Almost one year later, on June 11, 2010, Plaintiff filed a document entitled "Writ of Mandamus" and an untitled hand-written document that appears to be an addendum to the "Writ of Mandamus." On July 15, 2010, the Court issued an order addressing those documents, informing Plaintiff that the case had been closed for more than a year and that the documents were without legal effect.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-5103 JF (PVT)
ORDER RE DOCUMENTS FILED JULY 23, 2010 ETC.
(JFLC2)

1  On July 23, 2010 and July 29, 2010 Plaintiff filed additional documents.  The Court once
2  again informs Plaintiff that this case is CLOSED.  The documents in question are without legal
3  effect.
4      IT IS SO ORDERED.

8  DATED:  September 13, 2010

                                                                                _____
                                                                                JEREMY FOGEL
                                                                                United States District Judge

Case No. C 08-5103 JF (PVT)
ORDER RE DOCUMENTS FILED JULY 23, 2010 ETC.
(JFLC2)

1 | This Order has been served upon the following persons:

2 | Dong Thanh Vo
Post Office Box 24
3 | San Jose, CA 95103

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-5103 JF (PVT)
ORDER RE DOCUMENTS FILED JULY 23, 2010 ETC.
(JFLC2)